UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CAREY JAMES BALBOA,

    Plaintiff,

vs.

Case No. 3:16-cv-00757
HON. GEORGE CARAM STEEH[1]

BELL ATLANTIC MOBILE
SYSTEMS, INC., et al.,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (DOC. 45)

This matter is before the Court on defendant Pinnacle Credit Services, LLC's motion for summary judgment. (Doc. 39). On July 28, 2017, Magistrate Judge Jeffery S. Frensley issued a report and recommendation, (Doc. 45), recommending that defendant Pinnacle's motion for summary judgment be granted.

The Court has reviewed the file, record, and Magistrate Judge's report and recommendation. Objections to that report have not been filed by plaintiff within the established time period. The court accepts the report and recommendation.

---

[1] The Honorable George Caram Steeh, United States District Judge for the Eastern District of Michigan, sitting by designation.

Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation is accepted.

IT IS FURTHER ORDERED that defendant Pinnacle's motion for summary judgment is GRANTED.

Dated: August 21, 2017

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE