UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CAREY JAMES BALBOA,

        Plaintiff,

vs.

Case No. 3:16-cv-00757
HON. GEORGE CARAM STEEH[1]

BELL ATLANTIC MOBILE
SYSTEMS, INC., et al.,

        Defendants.

_____/

### ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DOC. 46)

This matter is before the Court on defendant Bell Atlantic Mobile Systems, Inc.'s motion for summary judgment. (Doc. 42). On August 7, 2017, Magistrate Judge Jeffery S. Frensley issued a report and recommendation, (Doc. 46), recommending that defendant Bell Atlantic Mobile Systems Inc.'s motion for summary judgment be granted.

The Court has reviewed the file, record, and Magistrate Judge's report and recommendation. Objections to that report have not been filed by plaintiff within the established time period. The court accepts the report and recommendation.

---

[1] The Honorable George Caram Steeh, United States District Judge for the Eastern District of Michigan, sitting by designation.

- 1 -

Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation is accepted.

IT IS FURTHER ORDERED that defendant Bell Atlantic Mobile Systems Inc.'s motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that this case shall be DISMISSED WITH PREJUDICE.

Dated: August 25, 2017

                                         s/George Caram Steeh
                                         GEORGE CARAM STEEH
                                         UNITED STATES DISTRICT JUDGE
                                         SITTING BY SPECIAL DESIGNATION